IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WILLIAM KOCH, | : | Case No. 4:16-CV-1553 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| FEDERAL PUBLIC DEFENDER'S OFFICE, TACOMA, | : | |
| Defendant. | : | |

## ORDER

November 28, 2016

**AND NOW**, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT**:

1. Chief Magistrate Judge Martin C. Carlson's Report and Recommendation (ECF No. 6) is **ADOPTED** in its entirety.

2. Plaintiff Michael William Koch's Complaint (ECF No. 1) is **DISMISSED**.

3. Plaintiff's "Motion for Multiple 60 Day Stays in the Proceedings" (ECF No. 11) is **DENIED AS MOOT**.

4. The Clerk of Courts is directed to close the case.

BY THE COURT:

   s/ Matthew W. Brann
Matthew W. Brann
United States District Judge